934 A.2d 1274

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Jason Scott SWANSON, Respondent.**

Supreme Court of Pennsylvania.

Nov. 26, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of November, 2007, the Petition for Allowance of Appeal is hereby **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **RE-MANDED** to Superior Court for further consideration in light of *Commonwealth v. Walls,* 592 Pa. 557, 926 A.2d 957 (2007).